# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**KEYBANK NATIONAL ASSOCIATION**

                **Plaintiff,**

   v.                                                                  1:10-CV-106
                                                                                     (FJS/RFT)

**COLWELL & SALMON COMMUNICATIONS, INC.**

                **Defendant.**

_____

**DECISION BY COURT.**  This action hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that default judgment is entered in the amount of $124,530.98, with interest from June 3, 2009, until the date of entry of judgment at 9.00% per annum, $392.18 in disbursements, and post-judgment interest from the date of entry of judgment in accordance with 28 U.S.C. § 1961. This case is hereby closed.

All of the above pursuant to the Order of the Honorable Senior District Judge Frederick J. Scullin, Jr., dated the 28th day of March, 2012.

DATED: March 28, 2012

                                                           Clerk of Court

                                                           s/ Melissa Ennis
                                                           Melissa Ennis
                                                           Deputy Clerk